# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATARINA GAMM,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CERTAIN UNDERWRITERS at LLOYD'S, LONDON, an alien British insurance corporation; MCLARENS, LLC, a Georgia corporation and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | No. 2:21-cv-00153-JAK-RAO<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 52)**<br><br>**JS-6** |

Based on a review of the Joint Stipulation for Dismissal with Prejudice (the "Stipulation" (Dkt. 52)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action, including all claims and counterclaims stated herein against all Parties, is hereby dismissed with prejudice, with each Party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 4, 2022      By: _____
John A. Kronstadt
United States District Judge